# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SEAN MAHER,<br><br>    Plaintiff,<br><br>    v.<br><br>COLERAIN TOWNSHIP, et al.,<br><br>    Defendants. | Case No. 1:21-cv-692<br><br>Judge Michael R. Barrett<br><br><br>**ORDER** |

Upon notice of settlement and the agreement of the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

**IT IS SO ORDERED.**

                                                                    */s/ Michael R. Barrett*
                                                                  Michael R. Barrett
                                                                  United States District Judge

1