UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SEAN MAHER | : |
| | :    CASE NO: 1:21-CV-692 |
|     PLAINTIFF, | : |
| | :    JUDGE MICHAEL BARRETT |
| v. | : |
| | : |
| COLERAIN TOWNSHIP, et al. | : |
| | : |
|     DEFENDANTS | : |

## STIPULATION OF DISMISSAL

This action has been fully compromised and settled between the Plaintiff and ***all*** Defendants in ***all*** capacities. Accordingly, pursuant to Fed. R. Civ. 41 (a)(1)(A)(ii), the parties hereby stipulate that ***all*** Defendants Colerain Township, Mark Denney, Geoff Milz & Scott Owen, in their official & individual capacities, and, Matt Wahlert, Raj Rajagopal, Dan Unger, Jeff Baker & Renetta Edwards, in their official capacities, are dismissed ***with prejudice*** in this action with the parties to bear their own costs. It is so **stipulated**.

_____
Scott A. Sollmann (0081467)
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
5300 Socialville-Foster Road, Suite 200
Mason, OH 45040
(513) 707-4249
(513) 538-4203 Facsimile
Email: ssollmann@smbplaw.com
*Counsel for Defendants Colerain Township,*
*Mark Denney, Geoff Milz, Matt Wahlert,*
*Raj Rajagopal, Dan Unger, Jeff Baker, &*
*Renetta Edwards in all capacities*

*/s/ Joseph J. Braun* *(per 10/7/24 text authorization)*
Joseph J. Braun (0069757)
Emily T. Supinger (0074006)
Stephen E. Schilling (0086897)
STRAUSS TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120
(513) 241-8259 Facsimile
E-mail: jjbraun@strausstroy.com
E-mail: etsupinger@strausstroy.com
E-mail: seschilling@strausstroy.com
**Attorneys for Defendant Scott Owen**


*/s/Alissa J. Sammarco* *(per 10/4/24 email authorization)*
Alissa J. Sammarco (0077563)
THE SAMARRCO LAW FIRM LLC
15 East Eighth Street
Cincinnati, Ohio 45202
(513) 763-7700
(513) 763-7704 Facsimile
ajs@sammarcolegal.com
**Counsel for Plaintiff Sean Maher**

2